IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARQUIS HUTCHINSON,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3456

Opinion filed November 17, 2016.

An appeal from an order of the State of Florida, Reemployment Assistance
Appeals Commission.
Frank E. Brown, Chairman.

Marquis Hutchinson, pro se, Appellant.

Norman A. Blessing, General Counsel, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.